UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                              :

GIORGI MELIKISHVILI,             :
                              :

               Petitioner,   :              26-CV-4706 (JGK)
                              :

        -against-        :               **ORDER**
                              :

TODD LYONS, Acting Director, U.S.    :
Immigration and Customs Enforcement, *et al.*, :
                              :

            Respondent.  :
                              :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241,

which was filed on June 4, 2026 at 11:39 a.m. ET.  (Doc. 1 ("Habeas Petition").)  Petitioner's

states that he is currently being held at the 26 Federal Plaza.  (*Id*. at ¶ 17.)  Upon consideration of

Petitioner's Habeas Petition, it is hereby ORDERED that:

1. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[1]

2. Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this court in light of Petitioner's interest in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[2]

---

[1] *See, e.g.*, *Loc. 1814, Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction." (internal quotation marks omitted)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *Khalil v. Joyce*, No. 25-CV-1935 (S.D.N.Y. Mar. 10, 2025) (Doc. 9) (barring the government from removing petitioner from the United States until the Court could address his claim); *Kuprashvili v. Flanagan*, No. 25-CV-5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the court's jurisdiction).

[2] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).

3.  The parties shall also attend an initial telephonic case conference on **Friday, June 5, 2026 at 11:30 a.m. ET**.  The dial-in number is 646-453-4442 and the access code is 675 278 33#.  There is no attendee ID.  The parties should be prepared to address venue, under what statutory provision petitioner is being detained under, and provide additional details about petitioner's detention, such as any accompanying documents.

4.  The Habeas Petition and this Order will be emailed to the Civil Division of the U.S. Attorney's Office for the Southern District of New York at the following email address: Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated:    June 4, 2026
          New York, New York

Vernon S. Broderick
United States District Judge

2