UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIORGI MELIKISHVILI,

               Petitioner,

    - against -

TODD LYONS, ET AL.,

            Respondents.

26-cv-4706 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the Government should respond to the petition for writ of habeas corpus by **Thursday, June 11, 2026**. The Government should explain why there is no restriction on the petitioner's removal from the United States at this point. The petitioner may reply by **Monday, June 15, 2026**.

The Government should transmit a copy of this Order to the petitioner when it has an address for the petitioner, and the Court will also transmit a copy to the petitioner. The Clerk is requested to mail a copy of this Order to Simon Kobaladze, who is noted on the docket and note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          June 5, 2026

                             John G. Koeltl
                    United States District Judge