**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**GIORGI MELIKISHVILI,**

**Petitioner,**

**- against -**

**TODD LYONS, ET AL.,**

**Respondents.**

**26-cv-4706 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

In their papers, the parties have not addressed whether the petition should be denied for failure to exhaust administrative remedies because the petitioner has not moved to reopen his case in immigration court to challenge his removal to Moldova. See, e.g., Traore v. Decker, No. 19 Civ. 4612, 2019 WL 3890227, at *2 (S.D.N.Y. Aug. 19, 2019) (describing habeas case where a petitioner sought reopening of his removal proceedings to seek protection for removal to identified third country). The Government shall file a letter brief addressing this question by **August 19, 2026**. The petitioner may respond by **September 2, 2026**.

The Government should promptly serve a copy of this Order on the petitioner and file proof of service on the docket by **August 18, 2026**. The Clerk is requested to mail a copy of this Order to the petitioner's next friend, whose address is listed on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**August 14, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**