UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIORGI MELIKISHVILI,

Petitioner,

- against -

TODD LYONS, ET AL.,

Respondents.

26-cv-4706 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the petitioner's petition for a writ of habeas corpus on **Wednesday, September 16, 2026, at 4:30 p.m.** The Government is requested to make the petitioner available for the conference, along with an interpreter.

Dial-in: 646-453-4442, with access code 67527833#.

The Government should promptly serve a copy of this Order on the petitioner and file proof of service on the docket by **September 14, 2026**. The Clerk is requested to mail a copy of this Order to the petitioner's next friend, whose address is listed on the docket.

**SO ORDERED.**

**Dated:** New York, New York
September 9, 2026

John G. Koeltl
United States District Judge